# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jackson, Amy B. | 2. Court or Organization<br><br>United States District Court for the District of Columbia | 3. Date of Report<br><br>06/17/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - nominee | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination,  Date 6/17/2010<br>[ ] Initial  [ ] Annual  [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>05/31/2010 |
| 7. Chambers or Office Address<br><br>1350 Connecticut Avenue<br>Suite 300<br>Washington, D.C. 20036 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

**IMPORTANT NOTES:** *The Instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing Instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Trout Cacheris, PLLC |
| 2. Personal Representative | Estate A |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2008 | Trout Cacheris Amended and Restated Operating Agreement provides for the payout of a withdrawing Member's Capital Account over a three year period. (no control) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2008 | Trout Cacheris (law firm partnership income) | $286,758.00 |
| 2. | 2009 | Trout Cacheris (law firm partnership income) | $212,000.00 |
| 3. | 2010 | Trout Cacheris (law firm partnership income) | $59,364.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | U.S. Department of Commerce (salary) |
| 2. | 2009 | Kelley Drye, LLP (law firm partnership income) |
| 3. | 2010 | Kelley Drye, LLP (law firm partnership income) |
| 4. | | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/17/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Clark University | College tuition 2009 - 10 | K |
| 2. Georgetown Day School | Tuition 2009 - 10 | K |
| 3. The New School of Northern Virginia | Tuition 2008 - 09 | K |
| 4. Georgetown Day School | Tuition 2008 - 09 | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/17/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Chevy Chase Bank Accounts | A | Interest | K | T | Exempt | | | | |
| 2. Chevy Chase Young Savers Accounts | A | Interest | J | T | | | | | |
| 3. CD Chevy Chase, 13 month | A | Interest | J | T | | | | | |
| 4. CD Chevy Chase, 13 month | A | Interest | J | T | | | | | |
| 5. Trout Cacheris Capital Account | | None | M | T | | | | | |
| 6. FPCIZ | A | Dividend | K | T | | | | | |
| 7. GRSPX | B | Distribution | K | T | | | | | |
| 8. LCORX | A | Dividend | K | J | | | | | |
| 9. MALOX | A | Distribution | K | T | | | | | |
| 10. TFSMX | A | Dividend | K | T | | | | | |
| 11. BPTRX | | None | K | T | | | | | |
| 12. FAIRX | A | Dividend | K | J | | | | | |
| 13. VFIIX | A | Dividend | | | | | | | |
| 14. TGBAX | A | Dividend | K | T | | | | | |
| 15. IVAEX | A | Dividend | K | T | | | | | |
| 16. GHAAX | | None | K | T | | | | | |
| 17. SGENX | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less / B =$1,001 - $2,500 / C =$2,501 - $5,000 / D =$5,001 - $15,000 / E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 / G =$100,001 - $1,000,000 / H1 =$1,000,001 - $5,000,000 / H2 =More than $5,000,000
2. Value Codes J =$15,000 or less / K =$15,001 - $50,000 / L =$50,001 - $100,000 / M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 / O =$500,001 - $1,000,000 / P1 =$1,000,001 - $5,000,000 / P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 / P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal / R =Cost (Real Estate Only) / S =Assessment / T =Cash Market
(See Column C2) U =Book Value / V =Other / W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/17/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. JSTIX | | None | K | T | | | | | |
| 19. TGLMX | A | Dividend | K | T | | | | | |
| 20. RYOTX | | None | J | T | | | | | |
| 21. BRF | A | Dividend | J | T | | | | | |
| 22. RSG | A | Dividend | J | T | | | | | |
| 23. HPQ | A | Dividend | J | T | | | | | |
| 24. CVX | A | Dividend | | | | | | | |
| 25. GAM+B | A | Dividend | J | T | | | | | |
| 26. RVT+B | A | Dividend | J | T | | | | | |
| 27. VZ | A | Dividend | | | | | | | |
| 28. ODVYX | | None | J | T | | | | | |
| 29. MACSX | | None | J | T | | | | | |
| 30. MSFT | A | Dividend | J | T | | | | | |
| 31. GHAIX | | None | J | T | | | | | |
| 32. PM | A | Dividend | J | T | | | | | |
| 33. COP | A | Dividend | J | T | | | | | |
| 34. D | A | Dividend | | | | | | | |

1. Income Gain Codes      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                                 P3 =$25,000,001 - $50,000,000      P4 –More than $50,000,000
3. Value Method Codes      Q –Appraisal      R =Cost (Real Estate Only)      S –Assessment      T –Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 6 of 15

Name of Person Reporting

Jackson, Amy B.

Date of Report

06/17/2010

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. DO | A | Dividend | | | | | | | |
| 36. EXPD | A | Dividend | J | T | | | | | |
| 37. EXC | A | Dividend | | | | | | | |
| 38. FPL | A | Dividend | | | | | | | |
| 39. TTRZX | A | Dividend | J | T | | | | | |
| 40. VGSBX | A | Dividend | K | T | | | | | |
| 41. AMB-L | A | Dividend | | | | | | | |
| 42. CGMFX | A | Dividend | | | | | | | |
| 43. CSX | A | Dividend | | | | | | | |
| 44. EMR | A | Dividend | | | | | | | |
| 45. OEF | A | Dividend | | | | | | | |
| 46. VTI | A | Dividend | | | | | | | |
| 47. PHO | A | Dividend | | | | | | | |
| 48. FCVSX | A | Dividend | | | | | | | |
| 49. OTEYZ | A | Dividend | | | | | | | |
| 50. LAALX | A | Dividend | | | | | | | |
| 51. PCRIX | D | Dividend | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. POT | A | Dividend | | | | | | | |
| 53. TROW | A | Dividend | | | | | | | |
| 54. FMIEX | A | Dividend | | | | | | | |
| 55. TYG | A | Dividend | | | | | | | |
| 56. JPM-Z | A | Interest | | | | | | | |
| 57. BWF | A | Interest | | | | | | | |
| 58. PNH | A | Interest | | | | | | | |
| 59. MFLDX | | None | K | T | | | | | |
| 60. PRGFX | A | Dividend | L | T | | | | | |
| 61. PRFDX | B | Dividend | L | T | | | | | |
| 62. PRWCX | B | Dividend | L | T | | | | | |
| 63. PRDIX | B | Dividend | K | T | | | | | |
| 64. PTRAX | C | Distribution | L | T | | | | | |
| 65. PRRXX | A | Dividend | L | T | | | | | |
| 66. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 67. Merrill Lynch Bank Deposit Program | A | Interest | K | T | | | | | |
| 68. ISA Wilmington SFS FSB | A | Interest | J | T | | | | | |

1 Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes              J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                    P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
  (See Column C2)           U =Book Value           V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/17/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. AAPL | | None | K | T | | | | | |
| 70. BAC | A | Dividend | J | T | | | | | |
| 71. BMY | A | Dividend | J | T | | | | | |
| 72. CSCO | | None | J | T | | | | | |
| 73. CMI | A | Dividend | K | T | | | | | |
| 74. DIS | A | Dividend | J | T | | | | | |
| 75. EMC | | None | J | T | | | | | |
| 76. GE | A | Dividend | J | T | | | | | |
| 77. GOOG | | None | J | T | | | | | |
| 78. HPQ | A | Dividend | J | T | | | | | |
| 79. HD | A | Dividend | J | T | | | | | |
| 80. MHS | | None | J | T | | | | | |
| 81. MRK | A | Dividend | J | T | | | | | |
| 82. MDT | A | Dividend | J | T | | | | | |
| 83. NOK | A | Dividend | J | T | | | | | |
| 84. PG | A | Dividend | K | T | | | | | |
| 85. XLU | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 9 of 15

Name of Person Reporting

Jackson, Amy B.

Date of Report

06/17/2010

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. TGT | A | Dividend | J | T | | | | | |
| 87. TWX | A | Dividend | J | T | | | | | |
| 88. UPS | A | Dividend | K | T | | | | | |
| 89. IAXX - FIA CARD SVS NA RASP MONEY MKT | A | Interest | J | T | | | | | |
| 90. MLRAX - Ready Assets Prime Money Market | A | Interest | J | T | | | | | |
| 91. FERCX | | None | J | T | | | | | |
| 92. FBTCX | | None | J | T | | | | | |
| 93. HWLCX | A | Dividend | J | T | | | | | |
| 94. BACPRC | A | Dividend | J | T | | | | | |
| 95. RFC17A | | None | K | T | | | | | |
| 96. MDFGX | A | Dividend | J | T | | | | | |
| 97. OEGCX | | None | J | T | | | | | |
| 98. ECHSX | | None | J | T | | | | | |
| 99. FAVCX | | None | J | T | | | | | |
| 100. Ameriprise | A | Dividend | | | | | | | |
| 101. BA | A | Dividend | J | T | | | | | |
| 102. CAT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/17/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. COV | A | Dividend | | | | | | | |
| 104. KO | A | Dividend | J | T | | | | | |
| 105. JNJ | A | Dividend | K | T | | | | | |
| 106. ORCC | | None | J | T | | | | | |
| 107. PRU | A | Dividend | J | T | | | | | |
| 108. PEP | A | Dividend | J | T | | | | | |
| 109. VZ | A | Dividend | J | T | | | | | |
| 110. BRKB | | None | J | T | | | | | |
| 111. BRECX | A | Dividend | J | T | | | | | |
| 112. RDSA | A | Dividend | J | T | | | | | |
| 113. Tyco | A | Dividend | | | | | | | |
| 114. CD American Express | A | Interest | | | | | | | |
| 115. CD Wilmington | A | Interest | | | | | | | |
| 116. KO | A | Dividend | | | | | | | |
| 117. PG | B | Dividend | | | | | | | |
| 118. FADCY | A | Dividend | | | | | | | |
| 119. CD Superior Bank | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 11 of 15

Name of Person Reporting

Jackson, Amy B.

Date of Report

06/17/2010

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. CD Bank of America | A | Dividend | | | | | | | |
| 121. CD Wilmington | A | Dividend | | | | | | | |
| 122. CD American Express | A | Dividend | | | | | | | |
| 123. CD Wilmington | A | Dividend | | | | | | | |
| 124. CD SUPERIOR BANK BIRMINGHAM, AL 00.550% JUN 23 2010 | A | Interest | J | T | | | | | |
| 125. CD BANK OF AMERICA NA CHARLOTTE, NC 00.900% SEP 30 2010 | A | Interest | J | T | | | | | |
| 126. CD Bent Bank, SSB.300%, Oct 13 2010 | A | Interest | K | T | | | | | |
| 127. CD Johnson Bank 1.250% Jun 7 2010 | A | Interest | K | T | | | | | |
| 128. COP | A | Dividend | | | | | | | |
| 129. OIS | A | Dividend | | | | | | | |
| 130. GE | A | Dividend | | | | | | | |
| 131. CWGCX | A | Dividend | | | | | | | |
| 132. INTL | A | Dividend | | | | | | | |
| 133. TROW | A | Dividend | | | | | | | |
| 134. T | A | Dividend | | | | | | | |
| 135. C | A | Dividend | | | | | | | |
| 136. PFE | A | Dividend | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/17/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CD SUPERIOR BANK BIRMINGHAM, AL 00.550% JUN 23 2010 | A | Interest | K | T | | | | | |
| 138. CD BANK OF AMERICA NA CHARLOTTE, NC 00.250% JUNE 16 2010 | A | Interest | K | T | | | | | |
| 139. CD BANK OF AMERICA NA CHARLOTTE, NC 00.900% SEP 30 2010 | A | Interest | J | T | | | | | |
| 140. CD Beal Bank Nevada .300% Oct 13 2010 | A | Interest | K | T | | | | | |
| 141. DD | A | Dividend | J | T | | | | | |
| 142. EMC | | None | J | T | | | | | |
| 143. PG | A | Dividend | J | T | | | | | |
| 144. Motorola | A | Dividend | | | | | | | |
| 145. MCLOX | A | Dividend | K | T | | | | | |
| 146. MDFGX | A | Dividend | J | T | | | | | |
| 147. FNICX | | None | K | T | | | | | |
| 148. CSTGX | A | Dividend | J | T | | | | | |
| 149. FDGRX | A | Int./Div. | J | T | | | | | |
| 150. FSMAX | A | Int./Div. | J | T | | | | | |
| 151. FFFDX | A | Int./Div. | K | T | | | | | |
| 152. FBIDX | A | Int./Div. | J | T | | | | | |
| 153. FID MGD INC PORT | A | Int./Div. | J | T | | | | | |

1. Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns b1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)            U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Amy B. | 06/17/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. DC College Savings Plan 529 Account - A | | None | K | T | | | | | |
| 155. DC College Savings Plan 529 Account - B | | None | K | T | | | | | |
| 156. State of Israel Bonds | C | Interest | L | T | | | | | |
| 157. Wachovia Bank - joint account with parent | C | Interest | M | T | | | | | |
| 158. ASSETS IN ESTATE A. | | | | | | | | | |
| 159. Cash in Schwab account | A | Interest | J | T | | | | | |
| 160. Fed Home Ln Mtg Corp; Mat:5/15/2024 | C | Interest | L | T | | | | | |
| 161. GMAC BK Midvale Utah; Mat: 2/25/2011 | A | Interest | L | T | | | | | |
| 162. Sallie Mae BK Murray Utah; Mat:8/13/2009 | B | Interest | K | T | | | | | |
| 163. Schwab Charles Family FD | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

With respect to the assets in Estate A, for which I am personal representative, listed in Part VII, Investments and Trusts, lines 159 - 163, the income figures reflect only the period for which I was personal representative: September 2009 to May 31, 2010 -- and not the period from January through August 2009, when the deceased was still alive and I had no control over or beneficial interest in the assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 186 | 430 | Notes payable to banks-secured | | | |
| U.S. Government securities-Series EE bonds | | 2 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities-see schedule | 1 | 329 | 077 | Notes payable to relatives | | | |
| Unlisted securities--see schedule | | 146 | 176 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 15 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgage-- personal residence | | 468 | 148 |
| Real estate owned--see schedule | 1 | 730 | 600 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 27 | 600 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| State of Israel Bonds | | 55 | 351 | | | | |
| 529 Accounts | | 83 | 965 | | | | |
| Trout Cacheris capital account and undistributed 2009 earnings | | 147 | 420 | Total liabilities | | 483 | 148 |
| Account owned jointly with parent | | 111 | 165 | Net Worth | 3 | 336 | 636 |
| Total Assets | 3 | 819 | 784 | Total liabilities and net worth | 3 | 819 | 784 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |